# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 8, 2020

161349 (36)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DAVID CAMPBELL,
      Plaintiff-Appellant,

v

CORIZON HEALTH INC.,
Defendant-Appellee.

_____/

SC: 161349
CoA: 350849
Ingham CC: 19-000446-NZ

      On order of the Chief Justice, Appellant's motion for reconsideration of the May 26, 2020 order is denied because it does not appear that the order was entered erroneously. Within 21 days of the date of this order, Appellant shall pay the initial partial filing fee of $6.00 and submit a copy of the May 26, 2020 order as ordered. Failure to comply with this order shall result in the dismissal of this application.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 8, 2020



Clerk

izm